**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 22-10882-MDC

LESTER YOUNG

1221 N 53RD STREET

PHILADELPHIA, PA 19131

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LESTER YOUNG

1221 N 53RD STREET

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    PRO-SE

\*
\*
\*,\* \*

Date: 5/27/2022

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee